**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION**

|  |  |  |
|---|---|---|
| _____ | : | Case No.  _____ |
| Plaintiff(s) | : | |
| | : | Senior Judge S. Arthur Spiegel |
| v. | : | |
| | : | **JOINT DISCOVERY PLAN** |
| _____ | : | (RULE 26(f) REPORT) |
| | : | (REQUIRED FORM) |
| Defendant(s) | : | |

Now come all parties to this case, by – and through their respective counsel, and hereby jointly submit to the Court this Joint Discovery Plan, pursuant to the Court's Trial Procedure Order.  The parties conducted their discovery conference on _____.

A.    **MAGISTRATE CONSENT**

The Parties:

☐    unanimously consent to the jurisdiction of the United States Magistrate Judge pursuant to 28 U.S.C. § 636 (c).

☐    do not unanimously consent to the jurisdiction of the United States Magistrate Judge pursuant to 28 U.S.C. § 636 (c).

☐    unanimously give contingent consent to the jurisdiction of the United States Magistrate Judge pursuant to 28 U.S.C. § 636 (c), for trial purposes only, in the event that the District Judge assigned is unavailable on the date set for trial (e.g. because of other trial settings, civil or criminal).

**B.**     **RULE 26(a) DISCLOSURES**

☐     The parties have exc hanged pre-discove ry disclosures required by Rule 26(a)(1).

☐     The parties will exchange such disclosures by _____

☐     The parties are exempt from disclosures under Rule 26(a)(1)(E).

NOTE:  Rule 26(a) disclosures are not to be filed with the Court.

**C.**     **DISCOVERY ISSUES AND DATES**

1.     Discovery will need to be conducted on the issues of

_____

_____

2.     The parties recommend that discovery

☐     need not be bifurcated

☐     should be bifurcated between liability and damages

☐     should be bifurcated between factual and expert

☐     should be limited in some fashion  or focused upon particular issues which relate to _____

3.     Disclosure and report of Plaintiff(s) expert(s) by _____

4.     Disclosure and report of Defendant(s) expert(s) by  _____

5.     Disclosure and report of rebuttal expert(s) by _____

6.     Disclosure of non-expert (fact) witnesses _____

7.     Discovery cutoff _____

8.     Anticipated discovery problems

☐     _____

☐     None

**D.** **LIMITATIONS ON DISCOVERY**

1. Changes in the limitations on discovery

☐ Extension of time limitations (c urrently one day of seven hours) in taking of depositions to _____.

☐ Extension of number of depositi ons (currently 10) permitted to _____.

☐ Extension of number of inte rrogatories (currently 25) to _____.

☐ Other: _____.

☐ None

**E.** **PROTECTIVE ORDER**

☐ A p rotective order will likely be subm itted to the Court on or befor e _____.

☐ The parties currently do not anticipate the need for a protective order. If the parties subsequently deem that one is necessary, they will submit a joint proposed order to the Court. Such order will be in compliance with *Procter & Gamble Co. v. Bankers Trust Co.,* 78 F. 3d 219 (6th Cir. 1996).

**F.** **SETTLEMENT**

A settlement demand _____ has _____ has not been made.

A response _____ has _____ has not been made.

A demand can be made by _____

A response can be made by _____

**G.** **MOTION DEADLINES**

1. Motion to amend the pleadings and/or add parties by _____

2. Motions relative to the pleadings by _____

3. Dispositive motions by _____

**H.     OTHER MATTERS PERTINENT TO MANAGEMENT OF THIS LITIGATION**

_____
_____
_____

Signatures:     _____          _____
                ~~Attorney for Plaintiff(s)~~          Attorney for Defendant(s)
                _____          _____
                _____          _____
                _____          _____

                _____          _____
                Attorney for _____          Attorney for Defendant(s)
                _____          _____
                _____          _____
                _____          _____

                _____          _____
                Attorney for _____          Attorney for _____
                _____          _____
                _____          _____
                _____          _____

4