UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

LAUREN MCNEAL, : NO. 1:12-cv-00481
:
    Plaintiff, :
:
vs. : ORDER
:
JAVITCH, BLOCK & RATHBONE, LLC, :
:
    Defendant. :

Upon consent of the parties, this action is hereby transferred to Magistrate Judge Karen L. Litkovitz for disposition. Title 28 U.S.C. § 636(c). Any appeal will be to the United States Court of Appeals for the Sixth Circuit.

    SO ORDERED.

Dated: 8/16/12

S. Arthur Spiegel
United States Senior District Judge