M60292

## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION

| | | |
|---|---|---|
| Laruen McNeal | ) | CASE NO.: 1:12-CV-481 |
| | ) | |
| Plaintiff | ) | JUDGE S. ARTHUR SPIEGEL |
| | ) | |
| v. | ) | MAGISTRATE JUDGE KAREN L. LITKOVITZ |
| | ) | |
| Javitch, Block & Rathbone, LLC | ) | |
| | ) | **STIPULATED DISMISSAL** |
| Defendant | ) | **WITH PREJUDICE** |
| | ) | |

The parties hereto agree to the dismissal of this suit with prejudice, pursuant to Rule 41(a)(1)(ii).

_____
LAUREN MCNEAL
Plaintiff Pro Se
10913 Shaker Point Way #3
Harrison, Ohio 45030

/s/ Sam A. Benson
SAM A. BENSON, SCR #0082199
Attorney for Defendant
JAVITCH, BLOCK & RATHBONE
1100 Superior Ave., 19th Floor
Cleveland, Ohio 44114
Telephone: (216) 623-0000 ext. 3089
Facsimile: (216) 525-2924
e-mail: sbenson@jbandr.com

SEP 1 8 2012

M60292

## CERTIFICATE OF SERVICE

I hereby certify that on ~~August~~ September 24, 2012 a copy of the foregoing was filed electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court system. A copy of the foregoing was also served via regular U.S. Mail to the following:

Lauren McNeal
10913 Shaker Point Way #3
Harrison, OH 45030
*Plaintiff Pro Se*

/s/ Sam A. Benson
SAM A. BENSON, SCR#0082199
JAVITCH, BLOCK & RATHBONE
1100 Superior Ave., 19th Floor
Cleveland, Ohio 44114
Telephone: (216) 623-0000 ext. 3089
Fax: (216) 525-4924
E-mail: sbenson@jbandr.com
*Attorney for Defendant*